HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA ALLISON, #179741
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax: 916-498-5710
linda.allison@fd.org

Attorney for Defendant
CASEY SHARP

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:18-PO-00456-CKD |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO VACATE |
| vs. | ) STATUS CONFERENCE |
| CASEY SHARP, | ) DATE: February 21, 2019 |
| Defendant. | ) TIME: 9:30am |
|  | ) JUDGE: Hon. Carolyn K. Delaney |

The Federal Public Defender's Office through Linda Allison, counsel for defendant Casey Sharp, and the United States Attorney through its respective counsel Eric Chang hereby stipulate to continue the status conference scheduled for February 21, 2019 at 9:30 a.m, until March 21, 2019 at 9:30 a.m.

Mr. Sharp has been in contact with and is represented by the Federal Public Defender's Office. At this time, Mr. Sharp and defense counsel require additional time to discuss and prepare this case.

/ / /

/ / /

/ / /

/ / /

Stipulation and Order to Vacate Status Conference

In light of the fact that Mr. Sharp has been in contract with the Federal Defender's Office, the parties request that the status conference be continued.

Respectfully submitted,

DATE: February 20, 2019

HEATHER E. WILLIAMS
Federal Defender

*/s/ Linda Allison*
LINDA ALLISON
Assistant Federal Defender
Attorney for Casey Sharp

DATED: February 20, 2019

McGREGOR W. SCOTT
United States Attorney

*/s/ Eric Chang*
ERIC CHANG
Special Assistant United States Attorney
Attorney for Plaintiff

**ORDER**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds that the ends of justice are served by continuing the currently scheduled status conference until the next Veterans' Court calendar

It is ordered the February 21, 2019 status conference shall be continued until March 21, 2019 at 9:30 a.m. before Judge Delaney.

Dated: February 20, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE